◼ The People of the State of New York, Respondent, v Ronald Green, Appellant. [55 NYS3d 904]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 8, 2014 (*People v Green*, 121 AD3d 808 [2014]), determining an appeal from a judgment of the Supreme Court, Queens County, rendered December 6, 2010.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see *Jones v Barnes*,

463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Hall, Miller and Duffy, JJ., concur.